**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1682**

_____

In re:  JOSEPH FREEMAN,

           Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:03-cr-00194-DKC-2)

_____

Submitted:  August 17, 2023                                    Decided:  August 24, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Joseph Freeman, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Freeman petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for a sentence reduction under the First Step Act. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted in part and denied in part the motion on August 11, 2023. Accordingly, because the district court has recently decided Freeman's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*